COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-09-392-CR

TANEESHA JANELLE GREEN APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 371
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the appellant's “Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 

PER CURIAM

PANEL: MCCOY, LIVINGSTON, and MEIER, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: January 14, 2010 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.